UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAKOTA LINTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:22-cv-00329-JPH-MKK |
| | ) |
| C. HOLCOMB, | ) |
| | ) |
| Defendant. | ) |

### **REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The Court scheduled a Telephonic Status Conference for February 26, 2024, at which the *pro se* Plaintiff failed to appear. (Dkt. 54). The February 2024 telephonic status conference was set at the December 11, 2023, telephonic status conference, at which Plaintiff was present. (Dkt. 44). Between the December 2023 and February 2024 telephonic status conferences, Plaintiff was released from New Castle Correctional Facility to South Bend Parole District. (Dkt. 54). Plaintiff did not update his address with the Court and mail sent to New Castle Correctional Facility after February 27, 2024, was returned as undeliverable. (Dkt. 55). The Court reset the February 26, 2024, Telephonic Status Conference for April 4, 2024. (Dkt. 54). The Minute Entry for February 26, 2024, reminded the Plaintiff of the importance of complying with court orders, including updating his address, and warned that his claim may be dismissed if he "[f]ail[ed] to [appear for all scheduled court hearings and conferences]." (*Id.*); *see also* Fed. R. Civ. P. 41(b).

Plaintiff failed to appear for the April 4, 2024, telephonic status conference.

The Court has authority to "issue any just orders" against a party that fails to comply with the Court's order. Fed. R. Civ. P. 16(f)(1)(A) & (C). That includes dismissal of the case. Fed. R. Civ. P. 16(f)(1) ("just orders" include "those authorized by Rule 37(b)(2)(A)(ii)-(vii)"); Fed. R. Civ. P. 37(b)(2)(A)(v) ("dismissing the action or proceeding in whole"). Due to Plaintiff's repeated and unexcused failure to comply with the Court's orders, the Magistrate Judge recommends to the District Judge that Plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE**. *See GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-99 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible.") (quotation marks and citation omitted).

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So RECOMMENDED.

Date: 4/11/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Dakota Lintz
New Castle Correctional Facility – Inmate Mail/Parcels
1000 Van Nuys Road
PO Box E
New Castle, IN 47362