UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DAKOTA LINTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-00329-JPH-MKK |
| ) | |
| C. HOLCOMB, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING ENTRY OF FINAL JUDGMENT**

The parties have not objected to Magistrate Judge Klump's report and recommendation, dkt. 58, which recommends that this action be dismissed without prejudice due to the plaintiff's repeated failure to comply with Court orders and prosecute the case. The time to object has passed.

The Court **adopts** the report and recommendation, dkt. [58], in its entirety. This action is **dismissed without prejudice**. The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 6/5/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

DAKOTA LINTZ
261904
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362